**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Kentrell Treville Liburd,<br><br>Plaintiff,<br><br>vs.<br><br>Bryan Antonelli; Shane Jackson, Andrew Willliams; Anthony Spikes; Brandon Coulter; Daniel Rivera; Lt. Rangely; Donovon Freeze; Dustin Cragg; Dorsee Williams; Edward Tisdale, Jr.; Francine Bachman,<br><br>Defendants. | C/A NO.: 0:25-CV-11164-SAL-PJG<br><br>**MOTION FOR EXTENSION OF TIME** |

**TO: PRO SE PLAINTIFF, KENTRELL TREVILLE LIBURD:**

Defendants, Bryan Antonelli, Shane Jackson, Andrew Williams, Anthony Spikes, Brandon Coulter, Daniel Rivera, Lt. Rangely, Donovon Freeze, Dustin Cragg, Forsee Williams, Edward Tisdale, Jr., and Francine Bachman (hereinafter, "Defendants"), by and through their undersigned counsel, will move before the Honorable Paige J. Gossett, United States Magistrate Judge, for an Order extending the time to file their Answer from August 5, 2026, to September 4, 2026, in the above styled matter. Defendants make such motion so that their counsel might further research the allegations made in Plaintiff's Complaint. This is Defendants' first motion for enlargement of time, under Local Rule 6.01, and no other deadlines shall be affected should the Court grant Defendants' motion. Defendants, therefore, respectfully request that the Court extend the time for filing their Answer until September 5, 2026.

Counsel herewith submits that a supporting memorandum is not necessary, in that the grounds for this Motion are set forth herein.

Respectfully submitted,

**SMITH | ROBINSON**
**Smith Robinson Holler DuBose and Morgan, LLC**

*s/ David C. Holler*
David C. Holler, Fed ID #5608
Post Office Box 580
Sumter, SC 29151
803-778-2471
David.Holler@SmithRobinsonLaw.com
*Counsel for Defendants*

Sumter, South Carolina
August 5, 2026